PD-00013-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/2/2015 11:58:17 AM
Accepted 4/2/2015 12:49:22 PM
ABEL ACOSTA
CLERK

NO. 00013-15

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COURT OF |
| V. | § | CRIMINAL APPEALS |
| MICHAEL ERIC RENDON | § | AUSTIN, TEXAS |

APPELLEE'S MOTION FOR AN
EXTENSION OF TIME TO FILE
APPELLEE'S BRIEF ON STATE'S
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Now comes, Edward F. Shaughnessy, III, attorney at law, attorney for the appellee, Michael Eric Rendon, and files this Appellee's Motion for an Extension of Time to File Appellee's Brief on State's Petition for Discretionary Review. In support of the instant motion the Appellee would show unto the court the following:

A.

The appellant was charged by way of indictments returned by a Victoria County grand jury with the offenses of Money Laundering and Possession of a Marijuana in cause numbers 12-8-26805-D & 12-8-0026806-D. Following a pre-trial motion to suppress evidence the trial

Court entered an order granting the defendant's motion to suppress. Notice of appeal was filed by the State of Texas and an appeal was pursued to the Court of Appeals. The judgment of the trial Court was affirmed on direct appeal and a petition for discretionary review was granted to the State of Texas. The State's brief was filed in this Court on March 3' 2015. The appellee's brief is due to be filed with this Court on April 2, 2015. The appellee respectfully requests a thirty day extension of time to file the appellee's brief until May 2, 2015.

## B.

The appellee is seeking an extension of time to file the instant for the first time; no previous extensions of time have bee sought by the appellee.

## C.

The undersigned counsel is representing the appellee in this matter without having previously been involved in this matter. The undersigned's representation originated with the filing of the appellant's brief in this Court.

D.

The undersigned is presently in the process of compiling briefs on the behalf of the State of Texas in the cases of Jennifer Pena v. The State of Texas, Cause no. 13-14-00291-CR; Felix Villarreal v. The State of Texas, Cause no. 13-15-00014-CR and Chad Ballard v. The State of Texas, Cause No. 04-14-00603-CR. In addition the undersigned is in the process of filing briefs on behalf of the appellant in the cases of Jordan Lewis v. The State of Texas, Cause no. 01-14-00557-CR.

E.

Counsel has recently filed briefs on behalf of the appellee in the cases of Lawrence Steele Terrill v. The State of Texas, Cause No. 04-14-00571-CR and Edgar Javier Gonzales v. The State of Texas, Cause No. 04-14-00100-CR.

F.

The undersigned recently filed a brief on behalf of the appellant in the case of Ex Parte Greg Saul, Cause Number 04-15-00093-CR.

G.

Counsel is scheduled to begin a jury trial in the 290th District Court of Bexar County on April 6, 2015 in the case of The State of Texas

v. Roland Aguiar, cause no. 2014-CR-10164 wherein the defendant is charged with the offense of Murder.

CONCLUSION AND PRAYER

Wherefore premises considered the appellee in the instant case would respectfully request that this Court grant the instant motion and extend the time for the filing of the appellee's brief until May 4, 2015.

__/s/Edward F. Shaughnessy_____
Edward F. Shaughnessy, III
206 E. Locust
San Antonio, Texas 78212
(210) 212-6700
(210) 212-2178 (fax)
SBN 18134500
Shaughnessy727@gmail.com

CERTIFICATE OF SERVICE

I, Edward F. Shaughnessy, III, hereby certify that a true and correct copy of the instant motion was mailed to Stephen B. Tyler, attorney for the appellant at 205 N. Bridge St. Suite 301, Victoria, Texas 77901, on this the 31st day of March, 2015.

_/s/Edward F. Shaughnessy_____

Edward F. Shaughnessy, III